Robert A. Naeve (State Bar No. 106095)
Email: rnaeve@jonesday.com
Steven M. Zadravecz (State Bar No. 185676)
Email: szadravecz@jonesday.com
John P. Migliarini (State Bar No. 266920)
Email: jpmigliarini@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Telephone:    (949) 851-3939
Facsimile:    (949) 553-7539

Attorneys for Defendant
Godiva Chocolatier, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHADA EL HAKEI, JASON HAMBRECHT individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>  v.<br><br>GODIVA CHOCOLATIER, INC., and DOES 1 to 50, inclusive,<br><br>             Defendants. | **CASE NO. C 10-01887 SI**<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED SUBMISSION DEADLINES** |

The Court having reviewed the Parties' Stipulation to Continue Case Management Conference and Related Submission Deadlines, and for good case, hereby orders as follows:

/ / /

/ / /

/ / /

/ / /

1

1  The Case Management Conference is rescheduled to August 13, 2010 at 2:30 p.m. and the
2  submission deadlines will now be re-set based on this new date.
3  IT IS SO ORDERED.

4
5  DATED: _____, 2010.

6
7                                                    _____
                                                     UNITED STATES DISTRICT JUDGE

2

Case No. C 10-01887 SI
Order Continuing CMC and Related Deadlines