Robert A. Naeve (State Bar No. 106095)
Email: rnaeve@jonesday.com
Steven M. Zadravecz (State Bar No. 185676)
Email: szadravecz@jonesday.com
John P. Migliarini (State Bar No. 266920)
Email: jpmigliarini@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Telephone:	(949) 851-3939
Facsimile:	(949) 553-7539

Attorneys for Defendant
Godiva Chocolatier, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHADA EL HAKEI, JASON HAMBRECHT individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GODIVA CHOCOLATIER, INC., and DOES 1 to 50, inclusive,<br><br>　　　　　Defendants. | **CASE NO. C 10-01887 SI**<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED SUBMISSION DEADLINES** |

　　　　The Court having reviewed the Parties' Stipulation to Continue Case Management Conference and Related Submission Deadlines, and for good case, hereby orders as follows:

/ / /

/ / /

/ / /

/ / /

1

|     |     |
| --- | --- |
| 1   |                                                         August 12, 2010, at 11:00 AM |

      The Case Management Conference is rescheduled to ~~August 13, 2010 at 2:30 p.m.~~ and the submission deadlines will now be re-set based on this new date.

      IT IS SO ORDERED.

DATED: __July 29__, 2010.

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — /s/ Judge William Alsup]*

_____
UNITED STATES DISTRICT JUDGE

2

Case No. C 10-01887 SI
Order Continuing CMC and Related Deadlines