| | |
|---|---|
| 1 | Robert A. Naeve (State Bar No. 106095) |
| 2 | Email: rnaeve@jonesday.com<br>Steven M. Zadravecz (State Bar No. 185676) |
| 3 | Email: szadravecz@jonesday.com<br>John P. Migliarini (State Bar No. 266920) |
| 4 | Email: jpmigliarini@jonesday.com<br>JONES DAY |
| 5 | 3161 Michelson Drive, Suite 800<br>Irvine, CA  92612 |
| 6 | Telephone:     (949) 851-3939 |
| 7 | Facsimile:     (949) 553-7539 |
| 8 | Attorneys for Defendant |
| 9 | Godiva Chocolatier, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHADA EL HAKEI, JASON HAMBRECHT individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GODIVA CHOCOLATIER, INC., and DOES 1 to 50, inclusive,<br><br>Defendants. | **CASE NO. C 10-01887 SI**<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED SUBMISSION DEADLINES** |

The Court having reviewed the Parties' Stipulation to Continue Case Management Conference and Related Submission Deadlines, and for good case, hereby orders as follows:

/ / /

/ / /

/ / /

/ / /

1

1   The Case Management Conference is rescheduled to August 13, 2010 at 2:30 p.m. and the
2   submission deadlines will now be re-set based on this new date.
3   IT IS SO ORDERED.
4
5   DATED: _____, 2010.
6
7   _____
    UNITED STATES DISTRICT JUDGE
8
9
10
...
28                                      2