SCOTT EDWARD COLE, ESQ.
MATTHEW R. BAINER, ESQ.
KEVIN R. ALLEN, ESQ.
MOLLY A. KUEHN, ESQ.*
MICHAEL S. LUBOFSKY, ESQ.**
HANNAH R. SALASSI, ESQ.***
_____

MOLLY A. KUEHN, ESQ.
Writer's E-Mail: mkuehn@scalaw.com
_____

# SCOTT COLE & ASSOCIATES

## A PROFESSIONAL CORPORATION

**ATTORNEYS & COUNSELORS**
**THE WACHOVIA TOWER**
**1970 BROADWAY, NINTH FLOOR**
**OAKLAND, CALIFORNIA 94612**

Telephone (510) 891-9800
Facsimile   (510) 891-7030
_____

SCA Web Site: www.scalaw.com

*Also Admitted in Maryland
**Also Admitted in Connecticut
***Also Admitted in Texas

August 19, 2010

VIA ELECTRONIC CASE FILING:

The Hon. Susan Illston
United States District Court – Northern District of California
450 Golden Gate Ave., Courtroom 10, 19th Floor
San Francisco, CA 94102

re:   **El Hakei vs. Godiva Chocolatier, Inc. (Case No. 3:10-cv-01887-SI)**
      **Lippold, et al. v. Godiva Chocolatier, Inc. (Case No. 3:10-cv-00421- SI)**

Dear Judge Illston:

I write to apprise the Court that all parties to the above referenced matters have accepted a Mediator's Proposal outlining key settlement terms.

The parties will meet and confer to negotiate a final class action settlement agreement and submit the same to this Court for preliminary approval as soon as practicable. Accordingly, Plaintiffs Ghada El Hakei and Jason Hambrecht respectfully request that the Court continue the September 15, 2010 Case Management Conference for 90 days to facilitate further settlement discussions.

Very truly yours,

/s/ Molly A. Kuehn
MOLLY KUEHN

MAK:gbr

cc:     All Counsel (via ECF)

The case management conference has been continued to 10/1/10 @ 3 p.m.



S:\Clients\El Hakei vs. Godiva Chocolatier, Inc\El Hakei vs. Godiva Chocolatier, Inc._TO Illston RE ST_20100819.Doc